**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __California__
(State)

Case number (if known): __19-5351__   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Insight Investing, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 4 – 2 6 0 2 4 6 1

4. **Debtor's address**

   **Principal place of business**

   2534 State Street
   Number    Street

   San Diego    CA    92101
   City    State    ZIP Code

   San Diego
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    **Insight Investing, LLC**        Case number (if known)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-naics-codes.

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes. District **Southern District** When **08/06/2019** Case number **19-04705-MM11**
                                                     MM / DD / YYYY
       District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
                                                               MM / DD / YYYY
       Case number, if known _____

Debtor  **Insight Investing, LLC**  
Name

Case number *(if known)*_____

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____
City                State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    **Insight Investing, LLC**                Case number (if known)_____
           Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __09/03/2019__
              MM  / DD / YYYY

X _/s/ Steven Rogers_          **Steven Rogers**
Signature of authorized representative of debtor    Printed name

Title **Managing Member**

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name
_____
Firm name
_____
Number    Street
_____
City                    State    ZIP Code
_____
Contact phone           Email address
_____
Bar number              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case and this filing:

Debtor Name __Insight Investing, LLC__

United States Bankruptcy Court for the: __Southern District__   District of __CA__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/03/2019__       X _/s/ Steven Rogers_
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

Steven Rogers
Printed name

Managing Member
Position or relationship to debtor

Official Form 202       Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name __Insight Investing, LLC__

United States Bankruptcy Court for the: __Southern District__    District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stella Tan<br>4525-4527 Lincoln Way<br>San Francisco, CA 94122 | | Promissory Note | Contingent | | | $ 800,000. |
| 2 | Steven Ho<br>185 Linden Avenue<br>San Bruno, CA 94066 | | Promissory Note | Contingent | | | $ 138,200. |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Insight Investing LLC
2534 State Street
San Diego, CA 92101

Affiliated Funding Corporation
5 Hutton Center Drive Suite 1100
Santa Ana, CA 92707

Alliance Title & Escrow
1270 Northwood Center
Coeur D'Alene, ID 83814

American Brokers Conduit
538 Broadhollow Road
Melville, NY 11747

American Wholesale Lender
4500 Park Granada, MSN#SVB-314
Calabasas, CA 91302

Bank of America
P.O. Box 15726
Wilmington, DE 19850

Bank of New York Mellon
1800 Tapo Canyon Road
Simi Valley, CA 93063

Barrett Daffin Frappier Treder
& Weiss LLP
4004 Belt Line Road, Suite 100
Addison, TX 75001

Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117

Countrywide Home Loans, Inc.
4500 Park Granada, MSN#SVB-314

Calabasas, CA 91302

C T Corporation
111 Eighth Avenue, 13th Floor
New York, NY 10011

David T. & Leah T. Manaoat
102 Sonora Court
Oakley, CA 94561

Federal Home Loan Mortgage Corp.
8200 Jones Branch Drive
McLean, VA 22102

First American Title
1901 E. Vorhees Street, Suite C
Danville, IL 61834

First Magnus Financial Corp.
603 North Wilmot Road
Tucson, AZ 85711

First Metropolitan Funding Corp.
7136 Haskell Avenue, Suite 205
Van Nuys, CA 91406

Genpact Registered Agent, Inc.
15420 Laguna Canyon Road, Suite 100
Irvine, CA 92618

Hamilton Mortgage Corp.
2850 19th Street #300
Birmingham, AL 35201

HSBC Mortgage Corp.
2929 Walden Avenue
Depew, NY 14043

James A. Yocum, Jr.
3417 Danner Circle
Birmingham, AL 35243

JP Morgan Chase Bank NA
3800 N. Central Avenue, Suite 460
Phoenix, AZ 85012

Lehman Brothers Bank FSB
400 Professional Drive, Suite 500
Gaithersburg, MD 20879

Lehman Brothers Bank FSB
3400 118th Street, SW#285
Lynwood, WA 98037

Leslie J. Edwards
2600 E. Settice Way #144
Post Falls, ID 83854

MERS
P.O. Box 2026
Flint, MI 48501

Monica K. Lam
1226 S. Madison Avenue
Monroe, GA 30655

Nations Direct Mortgage LLC
18200 Von Karman, Suite 250
Irvine, CA 92612

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

Pamela P. Gabriel
21 Richmond Hill Road
Greenwich, CT 06831

Philip A. & Deborah J. Koenig
8772 Chickadee Lane
Clovis, CA 93619

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

Raymond Gutierrez, Jr.
428 Georgetown Avenue
Ventura, CA 93003

Robert W. Sedlar
9651 Maccool Lane
Santee, CA 92071

Recontrust Company NA
225 West Hillcrest Drive, MSN to-02
Thousand Oaks, CA 91360

Renasant Bank
600 Century Park South, Suite 200
Birmingham, AL  35266

Southstar Funding LLC
400 Northridge Road, Suite 1000
Atlanta, GA 30350

Stearns Lending, Inc.
4 Hutton Centre Drive, Suite 500
Santa Ana, CA 92707

Susan M. Tombarelli
24604 E. Maxwell Lane
Liberty Lake, WA 99019

The Kigit Foundation
3114 Willow Avenue #100
Fresno, CA 93612

Timothy J. Johnston
1025 Solamere Drive #102
Titusville, FL 32780

US Bank National Association

1800 Tapo Canyon Road
Simi Valley, CA 93063