| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Insight Investing LLC<br>Name | EIN: | 84–2602461 |
| United States Bankruptcy Court | Southern District of California | Date case filed in chapter: | 11   9/3/19 |
| Case number: | 19–05351–MM7 | Date case converted to chapter: | 7   11/7/19 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Insight Investing LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2534 State St.,<br>San Diego, CA 92101 | |
| 4. | **Debtor's attorney**<br>Name and address | Leslie A. Cohen<br>Leslie Cohen Law PC<br>506 Santa Monica Blvd., Suite 200<br>Santa Monica, CA 90401 | Contact phone 310–394–5900<br>Email leslie@lesliecohenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leonard J. Ackerman<br>6977 Navajo Road, Suite 124<br>San Diego, CA 92119 | Contact phone 619–463–0555<br>Email: ljabkatty@gmail.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br>9:00am – 4:00pm<br>Contact phone 619–557–5620 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 11, 2019 at 08:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the U.S. Trustee, First Floor, Room 1234 (A), 880 Front Street, San Diego, CA 92101** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Insight Investing LLC** Case number **19−05351−MM7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 9/3/19, the following person is named Interim Trustee of the estate of the debtor:

Leonard J. Ackerman
6977 Navajo Road, Suite 124
San Diego, CA 92119

## TRUSTEE REQUIREMENTS

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/trusteeguidelines

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619−557−5013.

page **2**

Dated:  11/7/19

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

```
                              United States Bankruptcy Court
                              Southern District of California
In re:                                                                 Case No. 19-05351-MM
Insight Investing LLC                                                  Chapter 7
                  Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0974-3           User: Admin.                 Page 1 of 2                   Date Rcvd: Nov 07, 2019
                               Form ID: 309C                Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db             +Insight Investing LLC,    2534 State St.,,    San Diego, CA 92101-1316
aty            +Corina R Pandeli,    DOJ-Ust,    880 Front Street,    Ste 3230,    San Diego, CA 92101-8897
smg            +Div. of Labor Standards Enforcement,     7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
smg             Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,     3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA 18034-0520
14639201       +Affiliated Funding Corporation,     5 Hutton Center Drive Suite 1100,    Santa Ana, CA 92707-8790
14639203       +American Brokers Conduit,    538 Broadhollow Road,     Melville, NY 11747-3676
14639204       +American Wholesale Lender,    4500 Park Granada,,    MSN#SVB-314,    Calabasas, CA 91302-1613
14639207       +Barrett Daffin Frappier Treder & Weiss LLP,     4004 Belt Line Road, Suite 100,
                 Addison, TX 75001-4320
14639210        C T Corporation111,    Eighth Avenue, 13th Floor,     New York, NY 10011
14639208       +Clear Recon Corporation,    4375 Jutland Drive #200,     San Diego, CA 92117-3600
14639935       +Corina R. Pandeli,    Office of the United States Trustee,     Schwartz Federal Building,
                 880 Front Street, Suite 3230,    San Diego, CA 92101-8897
14639209       +Countrywide Home Loans, Inc.,     4500 Park Granada,,    MSN#SVB-314,    Calabasas, CA 91302-1613
14639211       +David T. & Leah T. Manaoat,    102 Sonora Court,     Oakley, CA 94561-3953
14657404       +David T. & Leah T. Manaoat,    c/o Pamela P. Gabriel,     102 Sonora Court,
                 Oakley, CA 94561-3953
14639212       +Federal Home Loan Mortgage Corp.,     8200 Jones Branch Drive,    McLean, VA 22102-3107
14653018       +Federal Home Loan Mortgage Corporation,     c/o ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,     San Diego, CA 92177-7921
14639213       +First American Title,    1901 E. Vorhees Street, Suite C,     Danville, IL 61834-4512
14639214       +First Magnus Financial Corp.,     603 North Wilmot Road,    Tucson, AZ 85711-2701
14639215       +First Metropolitan Funding Corp.,     7136 Haskell Avenue, Suite 205,    Van Nuys, CA 91406-4112
14639216       +Genpact Registered Agent, Inc.,     15420 Laguna Canyon Road, Suite,    100Irvine, CA 92618-2119
14656532       +Glenn W. Bever,    c/o Glenn W. Bever/Karen L. Bever,     466 W. Tenaya Avenue,
                 Clovis, CA 93612-0739
14639218       +HSBC Mortgage Corp.,    2929 Walden Avenue,    Depew, NY 14043-2690
14639217       +Hamilton Mortgage Corp.,    2850 19th Street #300,     Birmingham, AL 35209-2621
14657571       +J.P. Morgan Mortgage Trust 2005-A3,     RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14639220       +JP Morgan Chase Bank NA,    3800 N. Central Avenue, Suite 460,     Phoenix, AZ 85012-1995
14639219       +James A. Yocum, Jr.,    3417 Danner Circle,    Birmingham, AL 35243-2817
14639222        Lehman Brothers Bank FSB,    3400 118th Street, SW#285,     Lynwood, WA 98037
14639221       +Lehman Brothers Bank FSB,    400 Professional Drive, Suite 500,     Gaithersburg, MD 20879-3443
14656533        Leslie J. Edwards,    17287 W. Summerfield Rd.,     Post Falls, ID 83854
14639223       +Leslie J. Edwards,    2600 E. Settice Way #144,     Post Falls, ID 83854-7991
14639224       +MERS,    P.O. Box 2026,    Flint, MI 48501-2026
14645647       +McCarthy & Holthus, LLP,    411 Ivy Street,    San Diego, CA 92101,    ( 92101-2108
14659755       +Monica K Lam,    13301 Center Lake Dr.,    Apt 6311,    Austin TX 78753-7360
14639225       +Monica K. Lam,    1226 S. Madison Avenue,    Monroe, GA 30655-2812
14645753       +Nancy Lee, Esq.,    McCarthy & Holthus, LLP,    411 Ivy Street,    San Diego, CA 92101-2108
14639227       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14639228       +Pamela P. Gabriel,    21 Richmond Hill Road,    Greenwich, CT 06831-2525
14639229       +Philip A. & Deborah J. Koenig,     8772 Chickadee Lane,    Clovis, CA 93619-9456
14657788       +RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,     Duluth, GA 30097-8461
14639231       +Raymond Gutierrez, Jr.,    428 Georgetown Avenue,     Ventura, CA 93003-2124
14639233       +Recontrust Company NA,    225 West Hillcrest Drive, MSN to-02,     Thousand Oaks, CA 91360-7883
14639234       +Renasant Bank,    600 Century Park South, Suite 200,     Birmingham, AL 35226-3931
14639232       +Robert W. Sedlar,    9651 Maccool Lane,    Santee, CA 92071-4131
14639236       +Stearns Lending, Inc.,    4 Hutton Centre Drive, Suite 500,     Santa Ana, CA 92707-8710
14639237       +Susan M. Tombarelli,    24604 E. Maxwell Lane,     Liberty Lake, WA 99019-8543
14657778       +The Bank of New York Mellon,     c/o Aldridge Pite, LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,     Atlanta, GA 30305-1636
14639238       +The Kigit Foundation,    3114 Willow Avenue #100,     Fresno, CA 93725
14639239       +Timothy J. Johnston,    1025 Solamere Drive #102,     Titusville, FL 32780-5881
14653158       +Todd S. Garan,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
14639240       +US Bank National Association,     1800 Tapo Canyon Road,    Simi Valley, CA 93063-6712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: leslie@lesliecohenlaw.com Nov 08 2019 01:58:43      Leslie A. Cohen,
                 Leslie Cohen Law PC,    506 Santa Monica Blvd., Suite 200,    Santa Monica, CA  90401
tr             +EDI: FLJACKERMAN.COM Nov 08 2019 06:53:00      Leonard J. Ackerman,
                 6977 Navajo Road, Suite 124,    San Diego, CA 92119-1503
smg             EDI: CALTAXFEE Nov 08 2019 06:53:00      California Department of Tax and Fee Administratio,
                 Account Information Group, MIC:29,    P.O. Box 942879,    Sacramento, CA  94279-0029
smg            +EDI: EDD.COM Nov 08 2019 06:53:00      Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Nov 08 2019 06:53:00      Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
ust            +E-mail/Text: ustp.region15@usdoj.gov Nov 08 2019 01:58:50      United States Trustee,
                 Office of the U.S. Trustee,    880 Front Street,    Suite 3230,    San Diego, CA 92101-8897
```

```
District/off: 0974-3           User: Admin.              Page 2 of 2                  Date Rcvd: Nov 07, 2019
                               Form ID: 309C             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14639205        EDI: BANKAMER.COM Nov 08 2019 06:53:00      Bank of America,   P.O. Box 15726,
                 Wilmington, DE 19850
14645648        EDI: BANKAMER.COM Nov 08 2019 06:53:00      Bank of America, N.A.,   P.O. Box 31785,
                 Tampa, FL 33631-3785
14639206       +EDI: BANKAMER.COM Nov 08 2019 06:53:00      Bank of New York Mellon,   1800 Tapo Canyon Road,
                 Simi Valley, CA 93063-6712
14666603        EDI: CALTAX.COM Nov 08 2019 06:53:00        Franchise Tax Board,   Bankruptcy Section MS A340,
                 PO Box 2952,   Sacramento CA 95812-2952
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +United States Trustee,    Office of the U.S. Trustee,   880 Front Street,   Suite 3230,
                 San Diego, CA 92101-8897
14639200*      +Insight Investing LLC,    2534 State Street,   San Diego, CA 92101-1316
14639202       ##+Alliance Title & Escrow,   1270 Northwood Center,   Coeur DAlene, ID 83814-2664
14639226       ##+Nations Direct Mortgage LLC,   18200 Von Karman, Suite 250,   Irvine, CA 92612-7159
14639230       ##+Quality Loan Service Corporation,   411 Ivy Street,   San Diego, CA 92101-2108
14639235       ##+Southstar Funding LLC,   400 Northridge Road, Suite 1000,   Atlanta, GA 30350-3328
                                                                               TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
```
              Corina R Pandeli   on behalf of United States Trustee    United States Trustee
               corina.pandeli@usdoj.gov, ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
              Leonard J. Ackerman    ljabkatty@gmail.com, lja@trustesolutions.net
              Leslie A. Cohen    on behalf of Debtor    Insight Investing LLC leslie@lesliecohenlaw.com,
               jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
              Nancy L Lee    on behalf of Creditor    Insight Investing LLC bknotice@mccarthyholthus.com,
               nlee@ecf.courtdrive.com
              Nancy L Lee    on behalf of Creditor    BANK OF AMERICA, N.A. bknotice@mccarthyholthus.com,
               nlee@ecf.courtdrive.com
              Theron S Covey    on behalf of Creditor    J.P. Morgan Mortgage Trust 2005-A3 tcovey@rasflaw.com,
               CAECF@tblaw.com
              Todd S. Garan    on behalf of Creditor    Federal Home Loan Mortgage Corporation
               ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
              Todd S. Garan    on behalf of Creditor    The Bank of New York Mellon, fka The Bank of New York, as
               Successor-in-Interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed
               Securities, Bear Stearns Alt-A Trust, Mortgage Pa ch11ecf@aldridgepite.com,
               tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 9
```